UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RYAN EHA,<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. CV 15-9013-AB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: January 8, 2016.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE